IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLINTON and MELISSA PLANT,

    Plaintiffs,

vs.     Civ. No. 10-00732 MCA/WDS

EAGLE RECOVERY SERVICE, LLC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on Plaintiffs' *Motion to Dismiss with Prejudice* [Doc. 5] and Fed. Civ. P. Rule 41(a). The Court notes that this matter has been settled amicably between the parties. Accordingly, the Court finds that the instant motion should be granted.

WHEREFORE,

IT IS HEREBY ORDERED that all claims that Plaintiffs, Clinton and Melissa Plant, brought or could have brought in this action against Defendant, Eagle recovery Service, LLC, its past and present directors, officers, employees and agents be and hereby are **dismissed with prejudice**.

IT IS FURTHER ORDERED that the parties shall bear their own costs and attorney's fees incurred in this action.

**SO ORDERED this 29th day of November, 2010.**

                                            M. CHRISTINA ARMIJO
                                            UNITED STATES DISTRICT JUDGE